[No. 47034-9-II.   Division Two.   July 6, 2016.]

DONALD R. EARL, *Appellant*, v. XYZPRINTING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 14-2-00123-1, Christopher Melly, J., entered December 26, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47277-5-II.   Division Two.   July 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHASE BRENDON McCRACKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 13-1-00103-7, Brian P. Altman, J., entered February 26, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson and Sutton, JJ.

[No. 47332-1-II.   Division Two.   July 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN K. EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03938-1, Stephanie A. Arend, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 47434-4-II.   Division Two.   July 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALAN VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-01508-6, Michael H. Evans, J., entered March 17, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Maxa, J.